# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL QUINTERO,<br><br>  Petitioner,<br><br>  v.<br><br>TRISTAN LEMON,<br><br>  Respondent. | Case No. 1:22-cv-01568-JLT-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 18) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 20, 2023, the Court stayed the instant federal habeas proceedings in light of Petitioner's California Senate Bill 775 petition that is pending in state court. The Court ordered Petitioner to file an initial status report within thirty days of the date of service of the order and every ninety days thereafter. (ECF No. 16.) On July 20, 2023, Petitioner filed his initial status report. (ECF No. 17.) Thereafter, Petitioner failed to file a status report within the allotted time period. Therefore, the Court issued an order to show cause why the stay should not be vacated for failing to obey a court order. (ECF No. 18.) On November 21, 2023, Petitioner filed a response, informing the Court that he has a new court date of December 1, 2023, for a hearing on his state petition. (ECF No. 19.)

///

In light of Petitioner's response, IT IS HEREBY ORDERED that:

1. The order to show cause issued on November 7, 2023 (ECF No. 18) is DISCHARGED; and
2. Petitioner is DIRECTED to file a status report within NINETY (90) days of the date of service of this order, and then every NINETY (90) days thereafter, in accordance with the Court's previous order (ECF No. 16).

IT IS SO ORDERED.

Dated:   **November 22, 2023**

UNITED STATES MAGISTRATE JUDGE