# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>TRISTAN LEMON,<br><br>Respondent. | Case No. 1:22-cv-01568-JLT-SAB-HC<br><br>ORDER LIFTING STAY OF CASE<br><br>(ECF No. 16) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 20, 2023, the Court stayed the instant federal habeas proceedings in light of Petitioner's California Senate Bill 775 petition that is pending in state court. The Court ordered Petitioner to file an initial status report within thirty days of the date of service of the order and every ninety days thereafter. (ECF No. 16.)

On April 8, 2024, the Court received Petitioner's latest status report. (ECF No. 22.) Therein, Petitioner states that his state petition was denied and he "is now ready to proceed on this matter." (Id. at 2.)

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the stay imposed on this matter on June 20, 2023 (ECF No. 16) is LIFTED. The Court notes that the answer and traverse have been filed. (ECF Nos. 10, 14.) The Court will review this matter in due course.

IT IS SO ORDERED.

Dated:   **April 9, 2024**

UNITED STATES MAGISTRATE JUDGE