# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL QUINTERO,<br><br>    Petitioner,<br><br>    v.<br><br>TRISTAN LEMON,<br><br>    Respondent. | Case No. 1:22-cv-01568-JLT-SAB-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |

Petitioner is a state prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On October 7, 2024, the Court issued findings and recommendation to deny the petition. (ECF No. 25.) The findings and recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendation. Instead of filing objections, Petitioner filed a notice of appeal on October 28, 2024. (ECF No. 26.) On November 25, 2024, the appeal was dismissed for lack of jurisdiction, and the mandate issued on December 17, 2024. (ECF Nos. 29, 30.)

In the interest of justice, the Court will grant additional time to file objections to the findings and recommendation. Within **THIRTY (30) days** after service of this order, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings

and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **December 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge